IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| RONALD J. POSLUNS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:10CV01294 SWW |
| | * | |
| EDUCATION MANAGEMENT | * | |
| CORPORATION, LLC, a wholly-owned | * | |
| subsidiary of EDUCATION MANAGEMENT | * | |
| HOLDINGS, LLC which is wholly-owned by | * | |
| EDUCATION MANAGEMENT | * | |
| CORPORATION; ARGOSY EDUCATION | * | |
| GROUP, INC.; ARGOSY UNIVERSITY; | * | |
| ARGOSY UNIVERSITY ONLINE; KAREN | * | |
| BAILLIE, JD.; RICHARD M BELCASTRO, | * | |
| PhD.; SUSAN BURGESS; MARGUERITE | * | |
| CHABAU, PhD.; TERESA COLLINS-JONES, | * | |
| PhD.; TIMOTHY DRAKE, PhD.; ADAM | * | |
| FAGELSON; RITA JENSEN, PhD.; | * | |
| AMANDA KIMMEL; DEVITT KRAMER, | * | |
| JD.; BART LERNER, EdD.; JOHN | * | |
| MCKERNAN, JR., JD.; TODD S. NELSON, | * | |
| ROBERT A. NIESIOBEDZKI, PhD.; KATE | * | |
| NOONE; WILLIAM NOWLIN, Phd., JOHN | * | |
| T. SOUTH III; SHIELA SWEENEY, PhD.; | * | |
| CRAIG SWENSON, PhD.; KATHRYN J. | * | |
| TOOREDMAN, PhD.; THOMAS VONK, | * | |
| PhD.; AND JOHN/JANE DOE 1-100; | * | |
| | * | |
| Defendants.. | * | |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on the date, IT IS CONSIDERED, ORDERED, amd ADJUDGED that plaintiff's complaint is hereby dismissed with prejudice. The relief sought is denied.

DATED this 21st day of December, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT COURT