IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| RONALD J. POSLUNS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:10CV01294 SWW |
| | * | |
| EDUCATION MANAGEMENT CORPORATION, LLC; ET AL, | * | |
| | * | |
| Defendants. | * | |

**Order**

Before the Court are plaintiff's motion to reconsider, motion for recusal, motion for fraud on the court, and motion for evidentiary hearing. Defendants responded to the motions; plaintiff filed a reply to defendants' response to the motion for reconsideration. The Court has reviewed the motions, briefs, responses, and reply and finds the motions should be denied.

IT IS THEREFORE ORDERED that plaintiff's motion to reconsider [docket entry 29], motion for recusal [docket entry 31], motion for fraud on the court [docket entry 33], and motion for evidentiary hearing [docket entry 35] are denied.

DATED this 15th day of February, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE